**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED | ) | CIVIL ACTION NO. |
| TRADES INDUSTRY PENSION FUND | ) | NO. 08-00227(PLF) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DOMMER CONSTRUCTION CORPORATION | ) | |
| a/k/a Dommer Construction Corp. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF RETURN OF SERVICE**

**TO THE CLERK**:

Please enter the Return of Service attached to this notice.

**Name of Party Served:** Dommer Construction Corporation
a/k/a Dommer Construction Corp.
**Date of Service:** February 27, 2008
**Location of Service:** 21 Palmer Place
Lancaster, NY  14086

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s Kent G. Cprek
KENT G. CPREK
D.C. Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Dated: March 13, 2008          Counsel for Plaintiff

194239-1

ATTORNEY   LEI

| | |
|---|---|
| U.S. DISTRICT COURT | INDEX #  1:08-CV-00227 |
| DISTRICT OF COLUMBIA | D/O/F  2/11/2008 |

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND AND GARY J. MEYERS

*PLAINTIFF/PETITIONER*

AFFIDAVIT OF SERVICE

DOMMER CONSTRUCTION CORPORATION A/K/A DOMMER CONSTRUCTION CORP.

*DEFENDANT/RESPONDENT*

Erie County, New York State;    TED KWIATKOWSKI    being sworn,
says: Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.
on  02/27/2008  at  11:13 AM  at  21 PALMER PLACE, LANCASTER, NY 14086
Deponent served the within    SUMMONS AND COMPLAINT BEARING INDEX NO & FILING DATE

On  DOMMER CONSTRUCTION CORPORATION A/K/A DOMMER    DEFENDANT
CONSTRUCTION CORP.
(Herein after called the recipient) therein named.

### SERVICE ON A CORPORATION

A  DOMESTIC CORPORATION  by delivering thereat a true copy of each to    MICHELLE GRAAP
personally, deponent knew said corporation so served to be the corporation described in said aforementioned document as said defendant and upon information and belief knew said individual to be
STATED AUTHORIZED AGENT    thereof.

### PHYSICAL DESCRIPTION AS FOLLOWS

| FEMALE | WHITE SKIN | BLONDE HAIR | 36-49 YRS | 5'0-5'4 | 131-160 LBS |
|---|---|---|---|---|---|

OTHER IDENTIFYING FEATURES    GLASSES

Sworn to before me on    Thursday, February 28, 2008

*[signature]*
Jillina A. Kwiatkowski
Notary Public - State of New York
Qualified in Erie County
Reg. # 01KW6057316
My Commission Expires 04/16/11

*[signature]*

TED KWIATKOWSKI
AFF. #   103301