UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND AND
GARY J. MEYERS,

                Plaintiffs,          **STIPULATION**

vs.

                                               08-CV-00227

DOMMER CONSTRUCTION CORPORATION
a/k/a DOMMER CONSTRUCTION CORP.,

                Defendant.

---

        IT IS HEREBY STIPULATED, by counsel for the parties, that defendant's time to answer, move or otherwise act with respect to the complaint is extended through and including April 2, 2008.

Dated:     March 17, 2008
               Buffalo, New York

| | |
|---|---|
| **JENNINGS SIGMOND, P.C.** | **DUKE, HOLZMAN, PHOTIADIS & GRESENS LLP** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| By /s/ Kent Cprek | By /s/ Patricia Gillen |
| Kent Cprek | Patricia Gillen |
| The Penn Mutual Towers, 16th Floor | 1800 Main Place Tower |
| 510 Walnut Street | 350 Main Street |
| Independence Square | Buffalo, New York 14202 |
| Philadelphia, PA 19106-3683 | (716) 855-1111 |
| (215) 351-0615 | |

G:\L\Dommer\Painters\Pl\stip0314.wpd