IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al. | ) ) ) | |
| Plaintiffs | ) | CIVIL ACTION NO. |
| v. | ) ) | 08-00227(PLF) |
| DOMMER CONSTRUCTION CORPORATION a/k/a Dommer Construction Corp. | ) ) ) | |
| Defendant | ) | |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as to the Defendant as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

                                                    Respectfully submitted,

                                                    JENNINGS SIGMOND, P.C.

                                            BY:/s/    Kent G. Cprek
                                            KENT G. CPREK, ESQUIRE
                                            (BAR NO. 478231)
                                            The Penn Mutual Towers, 16th Floor
                                            510 Walnut Street, Independence Square
                                            Philadelphia, PA 19106-3683
                                            (215) 351-0615
Date: April 21, 2008                      Attorney for the Fund

OF COUNSEL:

JUDITH SZNYTER, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Floor
Philadelphia, PA 19106
(215) 351-0641

195281-1

## CERTIFICATE OF SERVICE

I, Kent G. Cprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

Dommer Construction Corporation<br>
a/k/a Dommer Construction Corp.<br>
24 Palmer Place<br>
Lancaster, NY 14086

Date: April 21, 2008                             /s/     Kent G. Cprek
                                                 KENT G. CPREK, ESQUIRE

195281-1